UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                      CASE NO.: 22-20086-CR-GAYLES

JEFFREY WEBSTER,

     Defendant.

_____/

## DEFENDANT'S MOTION FOR AUTHORIZATION OF EXPERT SERVICES IN EXCESS OF THE STATUTORY MAXIMUM

COMES NOW the Defendant JEFFREY WEBSTER by and through his undersigned counsel and moves this Court for the entry of an order authorizing the defense to obtain expert services in excess of the statutory maximum for a forensic computer expert for the Defendant and in support thereof states as follows:

1.  That this Court may grant this application for authorization to retain an investigative service at government expense pursuant to 18 U.S.C. §3006A(e)(1) which states:

"Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application."

2.  Pursuant to the aforementioned section, this Court must make a finding that the services are necessary and that the person is financially unable to obtain them. These findings are to be made "after appropriate inquiry at an ex parte proceeding." Id.

3.  It should be noted that defense counsel was court appointed in this case as successor counsel by this Court on April 25, 2023.  (DE #77, 78)  The Defendant is charged in a superseding indictment with attempted receipt and possession of child pornography.  (DE #49)

4.  The Criminal Justice Act requires that counsel seek authorization prior to the retention of an expert whose services will exceed $900.00 but not exceed $2,800.00.

5.   The following facts and circumstances establish the necessity for appointment of the expert as herein requested:

a.  The defendant has pled not guilty to attempted receipt and possession of child pornography.

b.  Prior counsel (who was retained by the Defendant) had retained Thomas Pullen as an expert in Forensic computer and mobile phone analysis which is critical to this case.

c.  Prior retained counsel filed an expert notice (DE #63) pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) and Local Rule 88.10(o) of its intent to use expert testimony in its case-in-chief at trial.

d.  The defendant is in need to continuing assistance from Mr. Pullen in their continued trial preparation and needs to consult additionally with Mr. Pullen.

5.  The Criminal Justice Act requires that counsel seek authorization prior to the retention of an expert whose services will exceed $900.00.  The Act further permits District Judges to authorize up to $2,800.00 without the necessity of certification to the Circuit Court for additional approval by the Chief Judge of the

Eleventh Circuit or his appointee.

6.   Expert services are to be provided by Thomas Pullen, J.D., M.C.S. of Informatika, Inc. at a rate for $150.00 per hour.  For the convenience of the court, a copy of Mr. Pullen's curriculum vitae is attached.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests that this Court waive the $900.00 limit and that this Court approve an expert fee of up to $2,800.00 in this case and such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 21st day of September 2023.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant MARTINEZ
7700 North Kendall Drive
Suite #604
Miami, Florida 33156
Tel.: (305) 670-1915
E-Mail: *HorowitzDefense@aol.com*

   */s/ Philip R. Horowitz*
By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557