# THOMAS PULLEN J.D., M.C.P

**SUMMARY**

State and federal court-certified computer forensic analyst with over 25 years experience advising executives, law firms, small businesses, corporations and government agencies on network security and computer and mobile forensics.

**REPRESENTATIVE COMPUTER FORENSIC WORK**

Examined 17 mobile phones using Cellebrite and Oxygen Forensic Detective in Hobbs Act case involving money laundering, firearms violations, and racketeering.
*United States v. Kevin Abarca*
1:22-CR-20505 (S.D. Fla. 2023)

Examined mobile phones, GPS coordinates, and Call Detail Records in case brought by FBI charging human trafficking in stolen boats.
*United States v. Javier Hernandez*
1:22-CR-20557-BB (S.D. Fla. 2023)

Appointed to supervise the FBI's removal of attorney-client privileged communications from a mobile phone used in a human trafficking case between Cuba, Mexico, and the United States. Ensured that no privileged communications remained in the mobile phone discovery, which took 5 attempts by the FBI before removal.
*United States v. Jose Miguel Gonzalez Vidal*
1:21-CR-20050 (S.D. Fla. 2022)

Analyzed several years of wide-ranging computer and mobile discovery in case brought by FBI charging Attempted Material Support to a Foreign Terrorist Organization.
*United States v. Samuel Baptiste*
1:18-cr-20613-JEM (S.D. Fla. 2021)

Appointed as sole computer and mobile fornensic expert in 5-person drug trafficking and money laundering case brought by the FBI after investigation by the United States Secret Service, DEA, and Lauderhill police department.
*United States v. Palacio Farley*
1:19-cr-20667 (S.D. Fla. 2020)

Analyzed 500gb of pharmacy data from desktop, server, and iPhone in a case charged with mail fraud and healthcare fraud.
*United States v. Luis Arteaga*
19-CR-60101-Smith (S.D. Fla. 2020)

Appointed as sole computer and mobile forensic expert in 24-defendant drug trafficking and money laundering organization RICO case brought by ATF. Reviewed, organized, and outlined several terabytes of assorted data. Testified at sentencing hearing about Cellebrite and text messages and qualified as expert in computer and mobile forensics by United States District Court Judge Cecilia Altonaga.
*United States v. Ulysses Cabrera*
18-CR-20946-GAYLES (S.D. Fla. 2019)

Analyzed IP address login records of Kipu EMR in case brought by FBI charging medical doctor with multiple counts involving distribution of a controlled substance. Testified at trial and qualified as an expert in computer forensics by United States District Court Judge Donald M. Middlebrooks.
*United States v. Arman Abovyan, M.D.*
9:18-cr-80122-DMM-1 (S.D. Fla. 2019)

Sucessfully downloaded and examined the backups of an iPad, iPhone 7, and an iPhone X inaccessibly in FBI custody in case charging enticement of a minor by remotely using Elcomsoft Phone Breaker via Apple iCloud.
*United States v. Alvin Celius Andre*
0:17-cr-60014-WJZ (S.D. Fla. 2019)

Examined copy of iPhone 7 Plus using Oxygen Forensics Detective and Magnet Forensics AXIOM, in aggravated battery case from Miami.
*Florida v. Walter Pereira*
13-2018-CF-006660-0001-XX (11th Cir. 2019)

Downloaded and examined deleted WhatsApp messages remotely using WhatsApp iCloud Backup service and Oxygen Forensics Detective in domestic violence case from Tampa.
*Florida v. Erick Vazdemello Bretz*
20-CF-013331-A (13th Cir. 2018)

Organized and examined discovery for 11 defendants in RICO gang-related case brought by FBI and ATF task force. Over 2tb of data includes surveillance video, jail calls, Facebook, Instagram, and Cellebrite reports.
*United States v. Antonio Glass*
1:2017-cr-20307 (S.D. Fla. 2018)

Analyzed IP address information in identity theft and tax fraud case brought by IRS and Secret Service.
*United States v. Kenneth Jackson*
*2:17-CR-00062-1-JES-CM* (M.D. Fla. 2017)

Examined Cellebrite data including GPS mapping data in Hobbs Act robbery case brought by ATF.
*United States v. Rafael Montalvo*
1:17-cr-20249-FAM-3 (S.D. Fla. 2017)

Examined phones using Magnet Forensics Axiom, and analyzed Cellebrite, Inmarsat, and Iridium satellite phone reports in drug trafficking case brought by United States Coast Guard.
*United States v. Raul Alberto Rengifo-Mendoza*
0:17-cr-60123-WPD-1 (S.D. Fla. 2017)

Examined 4 cell phone Cellebrite and IEF reports in sex trafficking case brought by FBI task force, and testified at trial. Certified as expert in computer forensics by Judge James Cohn for the Southern District of Florida.
*United States v. Leon Roberts*
0:16-cr-60172-KAM (S.D. Fla. 2017)

Examined 22 Cellebrite reports in gang-related case brought by FBI task force "Operation Million Dollar Phone" and reviewed electronic discovery including Title III wiretaps and videos.
*United States v. Francois Timothy St Louis*
17-20116 CR-LENARD (S.D. Fla. 2017)

Examined 3 hard drives using IEF and EnCase Forensic in Shareaza CP case brought by Homeland Security.
*United States v. Jorge Hector Ruiz*
1:17-cr-20113-JEM (S.D. Fla. 2017)

Examined hard drive and exported non-contraband images for family in Limewire CP image case brought by Homeland Security using EnCase v7.
United States v. Mohammed Ziauddin
1:15-cr-20082-CMA (S.D. Fla. 2016)

Analyzed hard drive using Magnet Forensics Axiom and IEF in Ares file-sharing CP case brought by United States Secret Service.
*United States v. Emanuel Perez Gonzalez*
1:16-cr-20187-UU (S.D. Fla. 2016)

Examined hard drives and Torrential Downpour using IEF and EnCase v7 in Bittorrent CP case brought by FBI.
*United States v. Michael Picur*
0:16-cr-60048-WPD (S.D. Fla. 2016)

Examined hard drive and multiple USB drives in TOR network CP image case brought by FBI via Interpol using EnCase v7 and IEF.
*United States v. Jose Goldar*
0:15-cr-60283-WPD (S.D. Fla. 2016)

Examined iPhone 5 and reviewed forensic examinations performed by Pembroke Pines Police Department and United States Secret Service in criminal case brought by Pembroke Pines Police Department involving sexual battery of a minor.
*Florida v. Keturah Zillah Gibson*
14000527CF10A (15th Cir. 2016)

Performed forensic exam of hard drive in TOR CP image case brought by FBI using EnCase v7 and IEF.
*United States v. Jason Marc Morganstern*
9:15-mj-08387-DLB (S.D. Fla. 2015)

Analyzed digital evidence including IP address information and email headers in Florida civil case involving defamation and international wire fraud using FTK and EnCase v7. Certified as expert in area of computer forensics by Circuit Court Judge Antonio E. Marin prior to testifying as expert witness.
*Marcelo Cordeiro v. F.I.A.*
13-025618 CA 11 (11th Cir. 2015)

Performed forensic examination of digital evidence in Federal wire case alleging issuance of fraudulent university diplomas using FTK, IEF, and EnCase v7.
*United States v. Brett Loebel*
1:17-cr-00170-KMW (S.D.N.Y. 2015)

Examined Facebook business records and IP address information in Florida RICO case.
*United States v. Alioth Salas*
1:14-cr-20017-KMW-12 (S.D. Fla. 2015)

Examined hard drive using EnCase v7 and Internet Evidence Finder in CP file-sharing case involving U.S. State Department employee brought by FBI.
*United States v. Peter Meyers*
0:15-mj-06083-PMH (S.D. Fla. 2015)

Examined hard drive using EnCase v7 and Internet Evidence finder in CP file-sharing case brought by Palm Beach County Sheriff's Office.
*Florida v. Carlos Roberto Curiel*
2015-CF-002051-AMB (15th Cir. 2015)

Analyzed Facebook business records and cell phone evidence in Florida murder case. Certified as expert in area of computer forensics by Florida Circuit Court Judge Ellen Venzer prior to testifying as expert witness.
*Florida v. Quirri Gantt*
13-2014-CF-016672-A000-XX (11th Cir. 2015)

Examined hard drive in CP file-sharing case brought by FBI using Ares Decrypter and IEF.
*United States v. Ralph Alpizar*
1:15-cr-20019-JAL (S.D. Fla. 2015)

Examined hard drive in CP file-sharing case brought by U.S. Secret Service using Ares Decrypter and IEF.
*United States v. Adrian Escobar Morales*
14-20928-CR-MIDDLEBROOKS (S.D. Fla. 2015)

Examined IP address and financial record evidence in tax fraud case brought by IRS.
*United States v. Marvin Dubuisson*
1:14-cr-20828-CMA (S.D. Fla. 2015)

Made forensically precise copy of hard drive involved in taxpayer identity fraud charges, extracted customer lists, and performed forensic search for victim names using FTK, EnCase, and Forensic Explorer.
*United States v. Eldridge Nichols*
1:14-cr-20615-CMA (S.D. Fla. 2014)

Analyzed hard drive from DOJ with 69 separate disk images, studied and organized evidence, and processed for keywords related to defendant in Medicare fraud case using specialized forensic software.
*United States v. Tiffany Foster*
1:13-mj-02171-CMM (S.D. Fla. 2014)

Analyzed, searched, and organized hundreds of thousands of emails in Lexis Concordance format in criminal case charging extensive wire fraud in South Florida.
*United States v. Maria Haydee Luzula & Juan Alejandro Rodriguez Cuya*
14-CR-20221-SEITZ (S.D. Fla. 2014)

Analyzed a Samsung Galaxy mobile device in criminal case charging drug trafficking brought by U.S. Immigrations and Customs Enforcement.
*United States v. Kellysha Hood*
1:13-cr-20413-DMM-1 (S.D. Fla. 2013)

Analyzed mobile device involved in case charging narcotics smuggling brought by DEA.
*United States v. Bernal-Peña*
1:13-cr-20792-KMM-2 (S.D. Fla. 2013)

Analyzed thousands of emails in Lexis Concordance format in criminal case charging extensive call center wire fraud in South Florida.
*United States v. Daniel Carrasco & Federico Martin Goya*
13-20542-CR-Ungaro/Torres (S.D. Fla. 2013)

Examined multiple computers containing contraband images in case involving CP file-sharing brought by Department of Homeland Security.
*United States v. Emanuel Diaz*
13-20362-CR-Rosenbaum (S.D. Fla. 2012)

Analyzed FTK images of workstations and servers and search related emails in criminal case charging wire fraud and SEC violations.
*United States v. James C. Howard III*
1:12-cr-20630-JAL (S.D. Fla. 2012)

Performed forensic evaluation of iPhone data and FBI C.A.R.T. reports in criminal case charging trafficking of a minor in South Florida
*United States v. Fred Quinton Collins*
1:10-cr-20089-MGC (S.D. Fla. 2011)

**PROFESSIONAL EXPERIENCE**

**OWNER, INFORMATIKA LLC; CORAL GABLES, FLORIDA — 2006-PRESENT**
Owner of technology consulting firm, advising a variety of clients nationwide. Federal CJA and Florida JAC vendor; expert in computer, mobile, and network forensics and security.

**FORENSIC EVIDENCE SPECIALIST, CLAIMS VERIFICATION; DEERFIELD BEACH, FLORIDA — 2004**
Created computerized, digital platform for nationwide private investigation agency that met admissibility standards for evidence including audio/video surveillance copied to and stored in streaming media server, using reverse-engineered digital timestamps and watermarks encoded in video from original tape.

**CERTIFIED LEGAL INTERN, MIAMI-DADE COUNTY PUBLIC DEFENDER; MIAMI, FLORIDA — 2004**
Assigned as legal intern to assist Public Defender, Major Felonies, Judge Julio Jimenez' courtroom. Negotiated pleas with State Attorneys, interviewed inmates, argued motions. Arranged complicated multi-jurisdictional plea agreement to concurrently satisfy defendant's outstanding charges in several Florida counties.

**INFORMATION TECHNOLOGY ADMIN, UNIVERSO ONLINE; MIAMI, FLORIDA — 2000-2002**
Managed all technology in local Miami branch of Latin America's largest Internet Service Provider. Created and managed inter-office WAN connections.

**INFORMATION TECHNOLOGY ADMIN, STARMEDIA NETWORK; MIAMI, FLORIDA — 1998-2000** System Administrator for local office of the first Latin American Internet media company. Designed and implemented network and data security standards.

**INFORMATION TECHNOLOGY ADMIN, YOUNG & RUBICAM; MIAMI, FLORIDA — 1997-1998**
System Administrator for Latin American Headquarters of global advertising agency. Managed over 300 desktops and dozens of servers on WAN.

**INFORMATION TECHNOLOGY ADMIN, BURSON-MARSTELLER; MIAMI, FLORIDA — 1996-1997**
Assisted System Administrator at world's largest public relations agency. Supported servers, desktop, email and antivirus platforms.

**EDUCATION**

University of Miami School of Law, Coral Gables, Florida — J.D. 2004.        Honors: CALI Award
Syracuse University, Syracuse, New York — B.A. Philosophy 1995.        Honors: Dean's List

**CERTIFICATIONS, PROFESSIONAL TRAINING, AND AFFILIATIONS**

Magnet Forensics IEF Essentials Training
Guidance Software Training Passport 2015
Guidance Software Computer Forensics I and II
Techno Security & Forensics Investigations Conference (Myrtle Beach, S.C. 2015)
Registered Apple Developer
Microsoft Certified Professional
Certified in Spanish Language Fluency DELE A2 by Instituto Cervantes