UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.                                             CASE NO.: 22-20086-CR-GAYLES

JEFFREY WEBSTER,

    Defendant.
_____/

## ORDER ON
## DEFENDANT'S MOTION FOR AUTHORIZATION OF
## EXPERT SERVICES IN EXCESS OF THE STATUTORY MAXIMUM

This matter is before the Court on the Defendant's Application for CJA Funds for the Appointment of an Expert [ECF No. 85]. The Court has carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion is hereby **GRANTED.** The defendant shall be authorized funds not to exceed $2,800.00 to retain Thomas Pullen, J.D., M.C.S. of Informatika, Inc. at a rate for $150.00 per hour to provide necessary expert services to otherwise assist in the defense and to provide adequate representation.

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of September 2023.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**