UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cr-20086-GAYLES/GOODMAN

**UNITED STATES OF AMERICA**

v.

**JEFFREY ADAM WEBSTER**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations on Defendant's Motion to Dismiss (the "Report"). [ECF No. 177]. On June 3, 2024, Defendant Jeffrey Adam Webster filed his *Pro Se* Motion to Dismiss Indictment as Unconstitutional in Light of Recent Supreme Court Opinion (the "Motion"). [ECF No. 150]. On July 1, 2024, the United States of America filed its response. [ECF No. 161]. Defendant filed his reply on July 15, 2024. [ECF No. 174]. On June 24, 2024, the Court referred the Motion to Judge Goodman for a ruling. [ECF No. 154]. On July 16, 2024, Judge Goodman issued his Report recommending that the Court deny Defendant's Motion. [ECF No. 177]. Defendant filed his Objections on August 2, 2024. [ECF No. 182].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

1

objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of the record, agrees with Judge Goodman's well-reasoned analysis and agrees that the Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Jonathan Goodman's Report and Recommendations on Defendant's Motion to Dismiss, [ECF No. 177], is **AFFIRMED AND ADOPTED,** and incorporated into this Order by reference; and

2. Defendant Jeffrey Adam Webster's *Pro Se* Motion to Dismiss Indictment as Unconstitutional in Light of Recent Supreme Court Opinion, [ECF No. 150], is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of August, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE